IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-265-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK TINDALL

    Defendant.

---

**DEFENDANT JACK TINDALL MOTION FOR A COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241(a)**

---

    Defendant Jack Tindall, by and through court-appointed counsel, Amy Kapoor, of FRANK & SALAHUDDIN LLC, respectfully moves this Court for an Order requiring that Mr. Tindall be evaluated pursuant to 18 U.S.C. § 4241(a) to determine whether he is competent to stand trial or enter a plea and whether he was competent at the time of the commission of the offense.

    As discussed at the motion hearing for the motion to continue [Doc. 15] on June 18, 2019, Counsel for the defendant has reason to believe that Mr. Tindall may be "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Counsel questions Mr. Tindall's current ability to assist in his defense due to his present mental condition and his ability to knowingly enter into a plea or stand trial.

    Upon the completion of the examination and a written report having been received by counsel for both sides, Mr. Tindall may move the Court for a further hearing to determine the Defendant's competency to stand trial or enter a plea. The Defendant respectfully requests that the Court defer any hearing concerning the above matters until such time as Counsel for Mr. Tindall has received the report of the examiner.

DATED this 25th day of June 2019.

       Respectfully submitted,


       s/ *Amy Kapoor*
       Amy Kapoor
       FRANK & SALAHUDDIN LLC
       1741 High Street
       Denver, CO 80218
       Telephone: (303) 974-1084
       Fax: (303) 974-1085
       amy@fas-law.com

       ATTORNEY for Jack Tindall

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I hereby certify that on June 25, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Amy Kapoor*
F<small>RANK</small> & S<small>ALAHUDDIN</small> LLC