# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00265-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK E. TINDALL,

    Defendant.

---

## GOVERNMENT'S MOTION FOR THREE-LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO USSG § 3E1.1

---

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, and in accordance with the plea agreement in this matter, hereby moves, pursuant to USSG §3E1.1, for a three-level reduction based on the defendant's acceptance of responsibility.

Dated this 19th day of February, 2020.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:  *s/ Sarah H. Weiss*
        SARAH H. WEISS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Tel: (303) 454-0100
        Fax: (303) 454-0409
        sarah.weiss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19th, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record.

*s/ Sarah H. Weiss*
Assistant United States Attorney
United States Attorney's Office