**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Nicole Peterson (by VTC) | Date: June 17, 2020<br>Interpreter: n/a |

**CASE NO. 19-cr-00265-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Sarah Weiss |
| Plaintiff, | |
| v. | |
| 1. JACK E. TINDALL, | Amy Kapoor |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING – Video Teleconference (VTC)**
**Court in session: 12:57 p.m.**
Appearances of counsel. Defendant is present and in custody.

The Court makes statements regarding the setting of this hearing.

Defendant entered his plea on October 16, 2019, to Counts 1 and 2 of the Indictment.

The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** Government's Motion for Three-level Reduction for Acceptance of Responsibility Pursuant to USSG § 3E1.1 (Doc. 45) is DENIED as stated on the record.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, JACK E. TINDALL, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **36 months as to each count; sentences to run concurrently with each other.**

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years as to each count, to run concurrently with each other.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

The Court does not impose restitution.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** **2:03 p.m.**
Hearing concluded.
Total time: 1:06